FILED
**March 08, 2011**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003331255

1  MACEY & ALEMAN
   DBA: LEGAL HELPERS, P.C.
2  Guillermo Geisse SBN 269685
   Deborah Rivas SBN 257110
3  428 J Street, Suite 280
   Sacramento, California  95814
4  Telephone: 888-303-0431
   Facsimile: 916-444-8518
5
   Attorneys for Debtors
6

7              UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF CALIFORNIA
8                    SACRAMENTO DIVISION

9  In re:                    ) Case No.: 10-40310
                             )
10 **THOMAS R DEVORE and**   ) DCN: DRI-5
                             )
11 **SUSAN E DEVORE,**       ) **MOTION TO CONFIRM 3RD AMENDED**
                             ) **CHAPTER 13 PLAN**
12                           )
                             ) DATE: May 3, 2011
13          Debtors          ) TIME: 9:32 a.m.
                             ) Judge: Thomas C. Holman
14                           ) Location: United States Federal
                             ) Courthouse
15                           ) Courtroom 32, 6th Floor
                             ) 501 I Street, 3-200
16                             Sacramento CA 95814

17

18

19      **Thomas R. Devore and Susan E. Devore,** the debtors

20 (hereinafter "Debtors"), make this motion to confirm their 3RD

21 Amended Chapter 13 Plan, filed with the Court on March 8, 2011 and

22 to be heard on May 3, 2011 at 9:32am pursuant to U.S.C. Sec. 1323.

23     This motion is based on the 3rd Amended Chapter 13 Plan,

24 incorporated herein by reference, and such other oral argument as

25 may be required at a hearing on this matter.


                              1

**BASIS FOR AMENDMENT**

An amended plan was necessary to cure trustees objection regarding the secured arrears proof of claim filed by BAC/Countrywide in the amount of $2004.10.

**PROPOSED AMENDMENT**

1. Debtors have cured the arrearage with Bank of America and became current post-petition.

2. Debtor believes that the Amended Chapter 13 Plan satisfies the requirements of 11 USC Sections 1322 and 1325; that it will be acceptable to the Trustee; that it will not be objectionable to creditors or their interests; that it represents the best interest of the Debtor to continue with a feasible Chapter 13 Plan to repay their debts; and that it furthers the goals of the bankruptcy statutes.

WHEREFORE, Debtors pray for the Court to enter its Order to Confirm the Debtors' 3rd Amended Chapter 13 Plan as indicated above.

Dated:03/08/11                          MACEY & ALEMAN

                                        BY:  /S/ Guillermo Geisse
                                             Guillermo Geisse
                                             Attorney for Debtors