FILED
March 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003331257

MACEY & ALEMAN
DBA: LEGAL HELPERS, P.C.
Guillermo Geisse SBN 269685
Deborah Rivas SBN 257110
428 J Street, Suite 280
Sacramento, California  95814
Telephone: 888-3030431
Facsimile: 916-444-8518

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 10-40310 |
| **THOMAS R. DEVORE and** | MCN: DRI-5 |
| **SUSAN E. DEVORE,** | **NOTICE OF MOTION TO CONFIRM 3rd AMENDED PLAN** |
| Debtors | DATE: May 3, 2011<br>TIME: 9:32 a.m.<br>Judge: Hon. Thomas C. Holman<br>Location: United States Federal Courthouse 6th Floor Courtroom 32<br>501 I Street<br>Sacramento CA 95814 |

   NOTICE OF HEARING FOR MOTION TO CONFIRM 3rd AMENDED PLAN.

   You are hereby notified that THOMAS R. DEVORE and SUSAN E. DEVORE, the Debtors herein, have filed a Motion CONFIRM 3rd AMENDED PLAN, Notice of MOTION TO CONFIRM 3rd AMENDED PLAN, Declaration In Support Of MOTION TO CONFIRM 3rd AMENDED PLAN, an Amended Chapter 13 Plan.  The date of the hearing on this matter is May 3, 2011.  The location of the hearing is the United States Federal Courthouse, 501 I St, Ste 3-200, Sacramento, CA 95814.

1

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to approve counsel's Motion to Confirm 3rd Amended Chapter 13 Plan, an objection to the amended plan, if any, must be in writing and shall be filed with the Court and served at least fourteen (14) calendar days prior to the above hearing date. Service of an objection and all evidence supporting the objection, shall be served on the Chapter 13 Trustee, Thomas R. Devore and Susan E Devore debtors, and Guillermo Geisse, attorney for the Debtors at the address stated in this notice.

File with the court a written objection explaining your position at:
United States Bankruptcy Court
501 I St, Ste 3-200
Sacramento CA 95814

If you file your objection to the court at the above address for filing you must mail it early enough so the court will receive it on or before the dates stated above.

You must also mail a copy to:

| | |
|---|---|
| Macey & Aleman<br>c/o Guillermo Geisse<br>428 J Street, Suite 280<br>Sacramento, CA 95814<br>gfg@legalhelpers.com | Jan P. Johnson<br>Chapter 13 Trustee<br>P.O. Box 1708<br>Sacramento CA 95812 |

Thomas R. Devore
Susan E Devore
6806 Flaming Arrow Dr
Citrus Heights CA 95621

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: 3/8/11                                           MACEY & ALEMAN
                                                        BY:

                                                        /s/ Guillermo Geisse
                                                        Guillermo Geisse
                                                        Attorney for Debtors

3