FILED
March 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003331254

MACEY & ALEMAN
DBA: LEGAL HELPERS, P.C.
Guillermo Geisse SBN 269685
Deborah Rivas SBN 257110
428 J Street, Suite 280
Sacramento, California 95814
Telephone: 888-303-0431
Facsimile: 916-444-8518

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re: ) Case No.: 10-40310
)
**THOMAS R. DEVORE and** ) MCN: DRI-5
)
**SUSAN E. DEVORE,** ) **DECLARATION IN SUPPORT OF MOTION**
) **TO CONFIRM 2nd AMENDED CHAPTER**
Debtors ) **13 PLAN**
)
)
) DATE: May 3, 2011
) TIME: 9:32 a.m.
) Judge: Hon. Thomas C. Holman
) Courtroom 32 6th Floor
) United States Federal Courthouse
) 501 I Street
Sacramento CA 95814

We, Thomas R. Devore and Susan E. Devore, declare as follows:

1. We are the Debtors in the above-captioned Motion to Confirm 3rd Amended Chapter 13 Plan.

2. We have read the contents of this motion, the 3rd Amended Chapter 13 Plan, petition documents and the information correctly reflects our financial obligations and ability to make payments as provided in our Motion Confirm 3rd Amended Chapter 13 Plan.

1

3. We are current in our payments to the trustee. We are current in our payments to our mortgage company Bank of America.

4. We are able to pay as required under this 3rd Amended Chapter 13 Plan providing for priority, secured and unsecured creditors claims after a review of our current income and expenses.

5. Our ability to pay according to this 3rd Amended Chapter 13 plan is supported by our current income. We are both currently employed full time and do not anticipate a change in our employment status.

6. Our bankruptcy was filed in good faith. We needed to file bankruptcy because we were overwhelmed with our tax debt and our unsecured creditors. This bankruptcy will allow us to pay off the debt we owe to the IRS and relieve us from the burden of our unsecured creditors. In addition it will allow us to stay current on our secured debts so we can keep our home and car.

7. The value to be paid through our plan is more then would be obtained by creditors through liquidation. Our plan provides for us to pay 20% to our unsecured creditors, through a Chapter 7 filing our creditors would receive nothing.

2

8. We have paid all fees and charges as required by the Court.

9. The unsecured creditors are not prejudiced by the 3rd Amended Chapter 13 Plan, as they are receiving notice, opportunity to be heard and opportunity to file a timely claim.

10. All secured creditors are provided for under the proposed 3rd Amended Chapter 13 Plan pursuant to 1325 (a)(5)(B).

11. We have filed all required tax returns as required by applicable law, and the priority debts, are provided for in the 3rd Amended Chapter 13 Plan.

12. For the reasons set forth in this declaration, and based on the evidence in support of the motion, we respectfully request that the Court order the Motion to Confirm 3rd Amended Chapter 13 plan.

I DECLARE under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 8, 2011 at Sacramento, California.

BY:/s/ Thomas R. Devore
Thomas R Devore, Debtor

By:/s/ Susan E. Devore
Susan E Devore, Debtor

3