FILED
March 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003331256

MACEY & ALEMAN
DBA: LEGAL HELPERS, P.C.
Guillermo Geisse SBN 269685
Deborah Rivas SBN 257110
428 J Street, Suite 280
Sacramento, California  95814
Telephone: 888-303-0431
Facsimile: 916-444-8518

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                          ) Case No.: 10-440310
                                )
**THOMAS R. DEVORE and**        ) MCN: DRI-5
                                )
**SUSAN E. DEVORE,**            ) **CERTIFICATE OF SERVICE**
                                )
          Debtors              ) DATE: May 3, 2011
                                ) TIME: 9:32 a.m.
                                ) Judge: Hon. Thomas C. Holman
                                ) Location: United States Federal
                                ) Courthouse, Courtroom 32 6th Flr
                                ) 501 I Street
                                ) Sacramento, CA 95814
                                )

CERTIFICATE OF SERVICE

     I am a citizen of the United States, over the age of 18 years, and not a party to the within related action.  I am employed or doing business as Legal Helpers, P.C. and my business address is 428 J Street, Suite 280, Sacramento, CA  95814.  On this date March 8, 2011, I served the following documents unless otherwise set forth in the attached list:

    (1)   **MOTION TO CONFIRM 3rd AMENDED CHAPTER 13 PLAN;**
    (2)   **NOTICE OF MOTION TO CONFIRM 3rd AMENDED CHAPTER 13 PLAN;**
    (3)   **DECLARATION OF DEBTORS 3rd AMENDED CHAPTER 13 PLAN;**
    (4)   **DEBTORS' 3rd AMENDED PLAN;**

1

2

3          By placing a true copy thereof, in a either electronically
           pursuant to LBR 7005-1(d)(1) or in a sealed envelope with
4          postage thereon fully prepaid, in the United States Post
           Office Mail at Sacramento, California, addressed as set
5          forth below.

6    Thomas C. Holman
     U.S. Bankruptcy Court
7    501 I Street, Suite 3-200
     Sacramento, CA  95814-7303
8
     Office of the U.S. Trustee
9    Robert T. Matsui United States Courthouse
     501 I. Street, Room 7-500
10   Sacramento, CA  95814-7304

11   Jan P. Johnson
     Chapter 13 Trustee
12   P.O. Box 1708
     Sacramento, CA  95812
13
     Thomas Devore
14   Susan Devore
     6806 Flaming Arrow Dr
15   Citrus Heights CA 95621-4777

16
     AFNI
17   Attn DP recovery System
     PO Box 3427
18   Bloomington IL 61702-3427

19
     American Express
20   C/o Becket and Lee LLP
     PO box 3001
21   Malvern PA 19355-0701

22   American Express Bank FSB
     Becket and Lee LLP
23   PO box 3001
     Malvern PA 19355-0701
24
     BAC Home Loans Servicing LP
25   7105 Corporate Dr
     Plano TX 75024

BAC Home Loans Servicing LP
400 National Way MS CA6-919-01-23
Simi Valley CA 93065-6414

Bank of the West
Attn Bankruptcy
1450 treat Blvd
Walnut Creek CA 94597-7579

Bank of the West
Attn Bankruptcy
O Box 1566
Manitowoc WI 54221-1566

Bureau of Colletion
7575 Corporate Way
Eden Prairie MN 55344-2000

Candica LLC
c/o Weistein and Riley, PS
2001 Western Ave 400
Seattle WA 98121-3132

Capital One
PO box 85520
Richmond CA 23285-5520

Capital Recovery IV LLC
c/o Recovery Management Systems Corp
25 SE 2nd Ave 1120
Miami FL 33131-1605

Chase
201 N Walnut St Del-1027
Wilmington DE 19801-2920

Chase Bank USA NA
PO Box 15145
Wilmington DE 19850-5145

Chase Bank USA N.A.
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas TX 75374-0933

Citibank USA
Centralized Bankruptcy
PO Box 20363

3

1    Kansas City MO 64195-0363

2    Countrywide Home Lending
     Attention Bankruptcy CA6-919-01-41
3    PO Box 5170
     Simi Valley VA 93062
4

5    Focus Receivables Management LLC
     1130 NorthChase Parkway Ste 150
6    Marietta GA 30067-6429

7    Franchise Tax Board
     PO Box 2952
8    Sacramento CA 95812-2952

9    GE Money Bank
     C/o Recovery Management Systems Corp
10   Attn: Ramesh Singh
     25 SE 2nd Ave 1120
11   Miami FL 33131-1605

12   GE Money Bank
     Attn: Bankruptcy Dept
13   PO Box 960061
     Orlando FL 32896
14   Orlando FL 32896-0061

15   Gemb Care Credit
     PO Box 981439
16   El Paso TX 79998-1439

17   Gemb Jcp
     Attention Bankruptcy
18   PO Box 103104
     Roswell GA 30076-9104
19

20   Golden 1 Credit Union
     Attn Collections
21   PO Box 15966
     Sacramento CA 95852-0966
22

23   HSBC Bank Nevada
     c/o
24   PRA Receivables Management, LLC
     PO Box 12907
25   Norfolk VA 23541-0907

     HSbc Bank

4

PO Box 5253
Carol Stream IL 60197-5253

Hunt & henrqiues
151 Bernal Rd Ste 8
San Jose CA 95119-1491

IRS
Centralized Insolvency Operation
PO Box 21126
Philadelphia PA 19114-0326

JP Morgan Chase Legal Department
300 S Grand Avenue 4th Floor
Los Angeles CA 90071-3109

Kohls Chase
N 56 W 1700 Ridgewood DR
Menomonee Falls WI 53051-7096

LVNV Funding LLC
Resurgent Capital Services
PO box 10587
Greenville SC 29603-0587

Mann Bracken LLC
2325 Clayton RD
Concord CA 94520-2104

Michael Associates
555 St Charles DR Ste 100
Thousand Oaks CA 91360-3983

Nationwide Recovery SY
2304 Tarplay Rd Ste 134
Carrollton TX 75006-2470

PRA Receivables Management LLC
Patelco Credit Union
156 Second ST
San Francisco CA 94105-3724

Patelco Credit Union
Attn Bankruptcy
156 2nd St
San Francisco CA 94105-3724

The Golden 1 Credit Union

1 | PO box 15966
Sacramento CA 95852-0966
2 |
3 | Wells Fargo Card Ser
PO Box 5058
4 | Portland OR 97208

    I declare under penalty of perjury under the laws of the
5 |
State of California that the foregoing is true and correct.
6 |
Executed on March 8, 2011 at Sacramento, California.
7 |
8 |
                        /s/Crystal LeBlanc
                        Crystal LeBlanc
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |